**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated, <br><br>         Plaintiff, <br><br>    v. <br><br> 363 GOWANUS DEVELOPERS, LLC, d/b/a 363 Bond, <br><br>         Defendant. | **ECF Case** <br><br> **1:19-cv-01292 (RJD) (CLP)** <br><br> **NOTICE OF DISMISSAL** <br> <u>**WITH PREJUDICE**</u> |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Thomas J. Olsen ("Plaintiff") hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant 363 Gowanus Developers, LLC ("Defendant"). Defendant has not served an answer or a motion for summary judgment.

Dated: New York, New York
      June 19, 2019

LIPSKY LOWE LLP

_____
Douglas B. Lipsky, Esq.
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
Email: doug@lipskylowe.com
Phone: (212) 392-4772
Fax: (212) 444-1030
*Attorneys for Plaintiff*

*So Ordered.*

s/ Raymond J. Dearie

6/19/19